Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000529
19-SEP-2018
10:22 AM

NOS. CAAP-15-0000529 and CAAP-15-0000573

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRISTIAN SAKAL, Plaintiff-Appellant,
v.
ASSOCIATION OF APARTMENT OWNERS OF HAWAIIAN MONARCH;
JONAH SCOTT KOGEN; and K&F 1984 LLC,
Defendants-Appellees,
and
JOHN AND MARY DOES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1118)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellee Association of Apartment Owners of Hawaiian Monarch's "Motion for Reconsideration Pursuant to Rule 40, H.R.A.P.", filed on August 3, 2018 (**Motion**), Plaintiff-Appellant Christian Sakal's Response to the Motion, and the records and files herein,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, September 19, 2018.

On the motion:

Robert E. Chapman,
Carlos D. Perez-Mesa, Jr.,
Mary Martin,
(Clay Chapman Iwamura Pulice
 & Nervell),
for Defendant-Appellee.

Chief Judge

Associate Judge

Associate Judge